PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

RECEIVED

JUN 2 8 2006

CHAMBERS, U.S. DISTRICT JUDGE
JOHN W. SEDWICK

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Larry Daniels                    Case Number: A04-102 CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, ChiefU.S. District Court Judge

Date of Original Sentence:   February 23, 2005

Original Offense:            Theft of Firearms from a Licensed Firearms Dealer
                             Possess, Conceal, Barter, Sell and Dispose of Stolen Firearms

Original Sentence:           36 months jail, three years supervised release

Date Supervision Will Commence: January 10, 2007

### PETITIONING THE COURT

[  ]    To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]     To modify the conditions of supervised release as follows:

The defendant shall reside in a Community Corrections Center for a period of not more than 120 days.

### CAUSE

On February 28, 2005, the Court sentenced the defendant to 36 months imprisonment, three years supervised release and restitution in the amount of $14,099.21. The defendant is presently incarcerated in the United States Penitentiary, Marion, Illinois and has release date of January 10, 2007. The defendant has proposed to release to the Eastern District of Missouri; however, the U.S. Probation Office in St. Louis has investigated his plan and agreed to supervise the defendant upon the condition that the defendant reside in the community corrections center for 120 days upon release from imprisonment. On June 14, 2006, the defendant agreed with those terms and signed the attached Waiver fo Hearing to Modify Conditions. Since jurisdiction remains with this Court, it is respectfully requested that the Court order the modification as set forth above.

*Request for Modification of Conditions or Term*
*Name of Offender        :        Larry Daniels*
*Case Number             :        A04-102 CR (JWS)*

Respectfully submitted,

**REDACTED SIGNATURE**

Eric Odegard
U.S. Probation/Pretrial Services Officer
Date: June 28, 2006

**THE COURT ORDERS:**

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge
Date:    6-29-06

-2-

PROB 49
(3/89)

# *United States District Court*

### Eastern District of Missouri

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside in a Community Corrections Center for a period of not more than 120 days.**

Witness: _____     Signed: _____
                                                                  Probationer or Supervised Releasee

6/14/06
'Date

Prob.49
I:\MAT\misc\Modification for Dismas.wpd