```
NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
```

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  A04-102 CR (JWS) |
| Plaintiff, | ) |
| vs. | ) |
| Larry Daniels, | ) PLAINTIFF'S APPLICATION FOR |
| | ) <u>WRIT OF GARNISHMENT</u> |
| Defendant. | ) |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, in accordance with 28 U.S.C. § 3205(b)(1), hereby applies to the Clerk of the United States District Court for issuance of a Writ of Garnishment upon the judgment entered in this action against defendant Larry Daniels; SSN: ▇▇▇▇▇▇▇▇ ; DOB: ▇▇▇▇▇▇▇▇ ; last-known address: 1304 3rd Street SE, Apt. 2, Seattle, Washington, 98002.

1.   Judgment in the amount of $14,299.21 was entered in this district against defendant on February 23, 2005.

2.   Amounts which have accrued since entry of judgment are: $1,214.20 in post-judgment interest, $0.00 in accrued costs, and $0.00 in late-payment penalties, pursuant to 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612.

3.   Credit must be given for payments and partial satisfaction in the total amount of $275.00.

4.   There remains a current unpaid balance of $0.00 in criminal fines, $14,024.21 in restitution, $0.00 in special assessments, $1,214.20 in post-judgment interest, and $0.00 in post-judgment penalties/costs, for a total amount of $15,277.41 which is due and owing as of February 6, 2008.  Post-judgment interest continues to accrue at the rate of 3.05% ($1.18 per day).

5.   At least one demand for payment of the judgment debt has been made upon the debtor not less than thirty (30) days from the date of this application, and debtor has failed to satisfy the debt.

6.   The holder of the property, the garnishee, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

7. The name and address of the garnishee or the authorized agent for the garnishee is:

Anchorage Police Department
4501 Elmore Road
Anchorage, AK 99507-1589

RESPECTFULLY SUBMITTED on this 11th day of March, 2008, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY


s/Richard L. Pomeroy
RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031