```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  A04-102 CR (JWS) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) WRIT OF GARNISHMENT |
| Larry Daniels, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

TO: Anchorage Police Department
    4501 Elmore Road
    Anchorage, AK 99507-1599

   On February 23, 2005, the judgment captioned above was entered in the United States District Court, District of Alaska. Said judgment was awarded in favor of the United States of America as jud_____tor and _____gment debtor Larry Daniels; SSN: ████████; DOB: ████████; last-known address: 1304 3rd Stree████2, Seat████ton, 98002. The judgment was for:

$0.00              criminal fines

$14,099.21         restitution

$200.00            special assessments

$14,299.21         JUDGMENT AS ENTERED.

   According to plaintiff's application for this writ, it appears that further sums have accrued since the entry of judgment, to-wit:

$0.00              late payment penalties pursuant to 18 U.S.C.

         §3565(c)(2) and 18 U.S.C. § 3612.

$1,214.20    accrued interest

$0.00    accrued costs

 CREDIT must be given for payments and partial satisfactions in the amount of:

$275.00    which have been credited to the judgment debt, leaving a net balance of:

$15,277.41    ACTUALLY DUE on February 6, 2008, the date of the request for issuance of this writ, of which

$14,024.21    is due on the judgment as entered and bears interest at the rate of 3.05% per annum in the amount of:

$1.18    PER DAY from February 6, 2008, to which must be added the commissions and costs of the officer executing this writ.

 Defendant's current unpaid balance is $0.00 in criminal fines, $14,024.21 in restitution, $0.00 in special assessments, $1,214.20 in post-judgment interest, $0.00 in post-judgment late penalties, and $0.00 in costs, for a total amount of $15,277.41 which is due and owing as of February 6, 2008.

 YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including confiscated firearms.

 <u>Within ten (10) days</u> of your receipt of this writ, you must file an <u>original + 1 copy</u> of your written Answer to the writ by mailing or delivering it to:

>Clerk of Court
>United States District Court
>Room 261, Federal Bldg. & U.S. Courthouse
>222 W. 7th Avenue # 4
>Anchorage, Alaska 99513-7564.

You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to Larry Daniels, whose last known address is: 1304 3rd Street SE, Apt. 2, Seattle, Washington, 98002.  Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment.  Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim Exemptions form which you will receive with this writ.

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court.  If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt

//

//

property.  It is unlawful to pay or deliver to the defendant any item attached by this writ.

    DATED this _____ day of _____, 2008, at Anchorage, Alaska.

                                                 IDA ROMACK
                                                 CLERK OF COURT

                                         _____
                                       By:  Deputy Clerk