**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:04-CR-00102 JWS |
| DEFENDANT | TYPE OF PROCESS |
| LARRY DANIELS | WRIT OF GARNISHMENT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Larry Daniels c/o Sue Ellen Tatter, Federal Defenders Office

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
550 W. 7th Ave., Ste. 160, Anchorage, AK 99501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

| Number of process to be served with this Form | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED MAR 26 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the following documents: Writ of Garnishment (1 copy), Application for Writ (1 copy), Clerk's Notice (1 copy), Notice of Exemptions (1 copy), Plaintiff's Instructions to Debtor (original), Claim of Exemptions (3 copies).

Service via U.S. Certified Mail is acceptable. Thank you.

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy    ☑ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 907-271-5071
DATE: 3/17/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | 3/17/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-19-08    Time: 10:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45 | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)