NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. A04-102 CR (JWS) |
| Plaintiff, | ) |
| vs. | ) |
| Larry Daniels, | ) |
| Defendant, | ) GARNISHEE'S ANSWER TO WRIT OF |
| and | ) GARNISHMENT FOR PERSONAL |
| Anchorage Police Department, | ) PROPERTY (NON-EARNINGS) |
| Garnishee. | ) |

From:   CLERK OF COURT
        UNITED STATES DISTRICT COURT
        DISTRICT OF ALASKA
        Room 261 U.S. Courthouse
        222 West 7th Avenue # 4
        Anchorage, Alaska 99513-7564

To:     Anchorage Police Department
        4501 Elmore Road
        Anchorage, AK 99507-1589

You are instructed that by law you must do the following:

Complete the following information and mail or deliver the original of this form to the Court at the address listed above within 10 days. Distribute the other copies of this form as shown in the "Distribution of Copies" on the final page of this form.

I, __GREG A STEWART__, BEING DULY
   (Affiant)

SWORN, DEPOSE AND STATE:

IF GARNISHEE IS AN INDIVIDUAL:

That I am the garnishee herein doing business in the name of
__ANCHORAGE POLICE DEPARTMENT 4501 ELMORE RD, ANCH, AK__
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That I am a member of a partnership composed of _____,

(State names of all partners)

of which the defendant-debtor is a partner.

IF GARNISHEE IS A CORPORATION:

That I am the _____
                    (Official title)
of garnishee, _____,
              (State name of corporation)

which is a corporation organized under the laws of the State of

_____.

1. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the defendant-debtor maintains an interest, as described below:

Larry Daniels
A04-102 CR (JWS)                 2

|   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| a. | COBRAY FULL AUTO 9mm MODEL M-11 | | OWNER - RECOVERED STOLEN |
| b. | # 86-0014063 | | |
| c. | | | |
| d. | | | |

2. Garnishee anticipates owing the following amounts to the defendant-debtor in the future:

|   | Amount | Estimated Date or Due Date |
|---|---|---|
| a. | $ | |
| b. | $ | |
| c. | $ | |
| d. | $ | |

3. Check and complete the applicable line below if you claim that you <u>do not</u> hold property subject to attachment by this Writ of Garnishment.

   a. \_\_\_\_ The garnishee makes the following claim of exemption on behalf of the judgment debtor: _____

   _____.

   b. \_\_\_\_ The garnishee has the following objections, defenses, or set-offs to the United States' right to apply the judgment debtor's property/wages held

Larry Daniels
A04-102 CR (JWS)                        3

        by Garnishee to the United States' claim: _____.

   c. ____ The Garnishee then is in no manner and upon no account indebted or under liability to the judgment debtor Larry Daniels, and the garnishee does not have in his/her possession or control any property belonging to the debtor or in which the debtor has an interest; and garnishee is in no manner liable to the debtor in this action.

4. Is debtor's personal property (non-earnings) currently being garnished by a former lien?  ( ) Yes.  (X) No.
Previous lien(s) is/are expected to terminate on _____ (date).

If debtor's personal property (non-earnings) is subject to a lien from a previous Writ of Garnishment which is an ongoing garnishment, you shall continue paying on that Writ until it has been satisfied or otherwise terminated, at which time the attached Writ shall be in full force and effect until the TOTAL AMOUNT DUE stated on the Writ is paid in full.

5. If the answer to #4 was "No," then commencing immediately, the service of the attached Writ of Garnishment upon you creates a continuing lien against the debtor's personal property (non-

earnings) effective upon the date you receive the Writ of Garnishment. **Do NOT pay out any garnishable property until further order of the Court.**

The Garnishee mailed a copy of this Answer by first-class mail on this  15  day of  April , 20 08 ,
(1) to the Defendant-debtor Larry Daniels at 1304 3rd Street SE, Apt. 2, , Seattle, WA 98002 (or other address known to Garnishee: _____ _____ ), and
(2) to the United States Attorney, Financial Litigation Unit, 222 W. 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

_____
GARNISHEE

SUBSCRIBED AND SWORN TO before me this  15th  day of  April , 20 08 , at  1110 hrs ,  4501 Elmore 

_____
NOTARY PUBLIC
State of  Alaska 
My Commission Expires:  4-24-10 

Larry Daniels
A04-102 CR (JWS)                     5

## DISTRIBUTION FOR ANSWER OF GARNISHEE

The <u>original + 1 copy</u> of Answer of Garnishee must be mailed to:

> Clerk of Court
> United States District Court
> District of Alaska
> Room 261, Federal Bldg. & U.S. Courthouse
> 222 West 7th Avenue # 4
> Anchorage, Alaska 99513-7564.

<u>One copy</u> of this Answer of Garnishee must be mailed to:

> United States Attorney
> Attn: Financial Litigation Unit
> 222 West 7th Avenue # 9, Room 253
> Anchorage, Alaska 99513-7567.

<u>One copy</u> of this Answer of Garnishee must be mailed to the defendant debtor:

> Larry Daniels at
> ~~1304 3rd Street SE, Apt. 2~~
> ~~Seattle, WA 98002,~~ or other address known to Garnishee.
>
> c/o FEDERAL DEFENDER OFFICE
> ~~550 W. 7th AVE, STE #1~~
> ANCH, AK, 99501
> 601 W 5th AVE STE #800

Larry Daniels
A04-102 CR (JWS)                        6